*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 11, 2014               519106
_____

In the Matter of ARTHUR
    FRAZIER,
                      Petitioner,

        v
                                      MEMORANDUM AND JUDGMENT
THOMAS GRIFFIN, as
    Superintendent of Eastern
    Correctional Facility,
                      Respondent.
_____

Calendar Date:   October 21, 2014

Before:  Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.

                        _____


        Arthur Frazier, Coxsackie, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Owen Demuth
of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision which found petitioner guilty of violating
certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.,
concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court